IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SLIGER, et al., | CASE NO. CV F 10-1952 LJO SMS |
| Plaintiffs, | **ORDER TO VACATE HEARING** |
| vs. | |
| PROSPECT MORTGAGE, LLC, et al., | |
| Defendants. | |

Given plaintiffs' filing of an amended complaint as a matter of right under F.R.Civ.P. 15(a)(1)(B), this Court VACATES the February 10, 2011 hearing on defendants' F.R.Civ.P. 12(b)(6) motion to dismiss plaintiffs' original complaint.  This Court will take no further action on defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:   January 13, 2011**          /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE