1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SLIGER, et al.,

              Plaintiffs,

PROSPECT MORTGAGE LLC,

              Defendant.

_____/

CASE NO. CV F 10-1952 LJO SMS

**FURTHER ORDER ON WHETHER ACTION WAS FILED IN IMPROPER DIVISION**

      This Court's February 11, 2011 order ("February 11 order") required plaintiffs' counsel "to file and serve his declaration under penalty of perjury to state whether this action was mistakenly or wrongly filed in this Court's Fresno Division." Plaintiffs' counsel disobeyed the February 11 order and did not state directly whether this action was mistakenly or wrongly filed in this Court's Fresno Division. Plaintiffs' counsel eluded the specific issue of whether this action was mistakenly or wrongly filed in this Court's Fresno Division. Based on the disobedience of the February 11 order by plaintiffs' counsel, this Court considered to transfer this action to this Court's Sacramento Division. Nonetheless, this Court provides plaintiffs' counsel another opportunity to address the precise issue and FURTHER ORDERS plaintiffs' counsel, no later than February 17, 2011, to file and serve his declaration under penalty to state firmly and directly whether this action was mistakenly or wrongly filed in this Court's Fresno Division. This Court ADMONISHES plaintiffs' counsel that it will not tolerate further disobedience of a simple, direct order to address whether this action was mistakenly or wrongly filed in the Fresno Division and that this Court will impose sanctions for continuing elusion of this and the February 11 order.

      IT IS SO ORDERED.

**Dated:**   **February 16, 2011**           **/s/ Lawrence J. O'Neill**

1

1                                    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28