SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
E-mail: apaley@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson Jr. (SBN 186071)
E-mail: asanderson@seyfarth.com
Brandon R. McKelvey (SBN 217002)
E-mail: bmckelvey@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
PROSPECT MORTGAGE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SLIGER, CAROL DION AND SCOTT AVILA, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PROSPECT MORTGAGE LLC, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:11-CV-00465-LKK-EFB<br><br>**DEFENDANT PROSPECT MORTGAGE LLC'S REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE; ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>Date:   May 16, 2011<br>Time:   2:00 p.m.<br>Dept:   4<br><br>Complaint Filed: October 18, 2010 |

Defendant PROSPECT MORTGAGE, LLC ("Defendant") by and through its attorneys of record, hereby requests that the Court continue the Initial Scheduling Conference in this matter from May 16, 2011 to a date forty five (45) days or more later.

Good cause exists to grant the requested continuance. Defendant currently has a Motion to Dismiss scheduled to be heard on May 9, 2011. The Motion to Dismiss challenges various aspects of Plaintiffs' Complaint, including the class allegations and the class definition. Until the

1
REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE

13320711v.2

issues with Plaintiffs' Complaint and class allegations have been resolved and Defendant files its answer, the parties will not be able to meaningfully confer concerning discovery and case management issues or prepare a useful status report.  Defendant believes that it would be more beneficial to the Court and to the parties to continue the Initial Scheduling Conference forty five (45) days, at which point the pleadings should be settled and the parties can more effectively confer concerning discovery and prepare their status reports, knowing the claims that remain, the scope of any class allegations, and the discovery and scheduling that will be needed based upon the operative pleadings.  This order of events (i.e., the Rule 26 deadlines following Defendant's Motion to Dismiss) was established prior to this case being transferred to the Sacramento Division of the Eastern District.  Prior to the transfer of this case to the Sacramento Division, the Initial Scheduling Conference was scheduled to occur well after the hearing on Defendant's Motion to Dismiss.

This Court's Order Setting Status (Pretrial Scheduling) Conference requires the parties to submit status reports on numerous topics, including:  (1) a brief summary of the facts alleged in the complaint and characterization of the legal theories under which recovery is sought or liability denied; (2) anticipated motions and the scheduling thereof; (3) anticipated discovery and the scheduling thereof; and (4) future proceedings, including setting appropriate cut-off dates for discovery, law and motion, and the scheduling of the pretrial conference and trial.  Given the pending Motion to Dismiss, however, the parties will not know the facts alleged in the complaint or the legal theories under which recovery is sought until after the pleadings are settled and Defendant has filed its answer.  Moreover, the parties will not know if additional motions to dismiss or other motions directed at the pleadings will need to be filed until the Motion to Dismiss has been ruled upon.

Because Defendant has challenged the class allegations and asked the Court to dismiss or strike those allegations, the nature and scope of discovery will be in dispute until Defendant's Motion to Dismiss has been ruled upon. The parties cannot complete initial disclosures, begin meaningful discovery, or set a discovery schedule until the pleadings are settled and the parties

have an understanding of Plaintiffs' factual and legal allegations and the definition and scope of the class that Plaintiffs seek to represent. Under the current schedule, the parties would be obligated to provide initial disclosures on or before May 9, 2011, the date of the hearing on the Motion to Dismiss, which is before the issues related to the pleadings have been addressed and prior to Defendant filing its answer. The Federal Rules of Civil Procedure contemplate initial disclosures following the pleading stage of the lawsuit. If initial disclosures are required prior to settled pleadings in this case, this will likely lead to duplicative work since the parties will have to amend or supplement their disclosures once the pleadings are settled.

Given the unsettled issues related to Plaintiffs' complaint, the parties will not be able to meaningfully meet and confer, plan for discovery, and provide this Court with proposed dates for discovery cut-off, law and motion cut-off, and trial without first knowing what factual and legal allegations remain in Plaintiffs' complaint, particularly those related to the proposed class. Further, any status reports that the parties file prior to the pleadings being settled may need to be amended and re-filed after the pleadings are settled and the factual and legal allegations in Plaintiffs' complaint are known. This may also mean that any Scheduling Order issued by this Court would also need to be amended once the pleadings are settled. For these reasons, Defendant respectfully requests that this Court continue the Initial Scheduling Conference forty five (45) days in the interest of economy and efficiency.

Defendant's counsel requested that Plaintiffs' counsel stipulate to this request. Plaintiffs' counsel declined to stipulate to this request.

DATED: April 21, 2011                                   SEYFARTH SHAW LLP


                                                        By     /s/ Brandon R. McKelvey
                                                            Brandon R. McKelvey
                                                        Attorneys for Defendant
                                                        PROSPECT MORTGAGE LLC

# ORDER

The Initial Scheduling Conference in this matter, currently scheduled for May 16, 2011, is hereby continued to July 18, 2011, at 3:00 p.m. in Department 4. The parties shall file with the court and serve upon all other parties, pursuant to Local Rule 134(b) (time of filing), fourteen (14) days preceding the conference, a Status Report.

**IT IS SO ORDERED.**

Dated: April 22, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT