UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SLIGER, CAROL DION and SCOTT AVILA, individually, on behalf of others similarly situated, and on behalf of the general public,

        Plaintiffs,

  v.

PROSPECT MORTGAGE, LLC, and DOES 1 through 50, inclusive,

        Defendants.

NO. CIV. S-11-465 LKK/EFB

O R D E R

Pending before the court in the above captioned case is the defendant's motion to dismiss (Doc. No. 40), currently set to be heard on May 9, 2011.  Due to court congestion, the court CONTINUES the hearing to May 23, 2011 at 10:00 AM.  The deadlines for filing reply memoranda are unchanged.

    IT IS SO ORDERED.

    DATED: April 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT