1  SEYFARTH SHAW LLP
   Andrew M. Paley (SBN 149699)
2  E-mail: apaley@seyfarth.com
   2029 Century Park East, Suite 3500
3  Los Angeles, CA 90067-3021
   Telephone: (310) 277-7200
4  Facsimile: (310) 201-5219

5  SEYFARTH SHAW LLP
   Alfred L. Sanderson, Jr. (SBN 186071)
6  E-mail: asanderson@seyfarth.com
   Brandon R. McKelvey (SBN 217002)
7  E-mail: bmckelvey@seyfarth.com
   400 Capitol Mall, Suite 2350
8  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
9  Facsimile: (916) 558-4839

10 Attorneys for Defendants
   PROSPECT MORTGAGE, LLC
11

12                        UNITED STATES DISTRICT COURT

13                        EASTERN DISTRICT OF CALIFORNIA

14 ELIZABETH SLIGER, CAROL DION and        ) Case No. 2:11-CV-00465-LKK-EFB
   SCOTT AVILA, individually, on behalf of )
15 others similarly situated, and on behalf of the ) **STIPULATION REGARDING**
   general public,                         ) **HEARING ON PLAINTIFFS' MOTION**
16                                         ) **FOR CONDITIONAL CERTIFICATION**
                Plaintiffs,                ) **AND ORDER THEREON**
17                                         )
           v.                              ) **[L.R. 144]**
18                                         )
   PROSPECT MORTGAGE, LLC, and DOES 1-     )
19 50, inclusive,                          )
                                           ) Complaint Filed: October 18, 2010
20              Defendants.                )

21     IT IS HEREBY STIPULATED, by and between ELIZABETH SLIGER, CAROL DION,

22 and SCOTT AVILA ("Plaintiffs") and PROSPECT MORTGAGE LLC ("Defendant"), through

23 their respective undersigned counsel, as follows:

24     WHEREAS, Plaintiffs filed their Motion for Conditional Certification on June 28, 2011,

25 which is scheduled to be heard on August 1, 2011;

26     WHEREAS, the counsel for the parties have meet and conferred regarding the hearing

27 date on Plaintiffs' Motion for Conditional Certification, and the briefing schedule with respect to

28 the Motion for Conditional Certification;

1

STIPULATION RE: HEARING ON MOTION FOR CONDITIONAL CERTIFICATION; [PROPOSED] ORDER
13554131v.1

WHEREAS, counsel for the parties have agreed to reschedule the hearing date on Plaintiff's Motion for Conditional Certification to August 15, 2011, with Defendant's opposition due on July 25, 2011, and Plaintiffs' reply brief due on August 1, 2011;

WHEREAS, counsel for the parties have agreed to refrain from conducting any discovery prior to the hearing on Plaintiffs' Motion for Conditional Certification.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, through their respective undersigned counsel, that:

The hearing on Plaintiffs' Motion for Conditional Certification, currently scheduled for August 1, 2011 at 10:00 a.m. in Department 4 of this Court, shall be moved to August 15, 2011 at 10:00 a.m. in Department 4 of this Court.

Defendant's opposition to Plaintiff's Motion for Conditional Certification shall be filed on or before July 25, 2011.

Plaintiffs' reply in support of their Motion for Conditional Certification shall be filed on or before August 1, 2011.

The parties will not conduct any discovery prior to the hearing on Plaintiffs' Motion for Conditional Certification, which will be held on August 15, 2011.

IT IS SO STIPULATED.

DATED: July 8, 2011                           NICHOLS KASTER, LLP

                                              By    /s/ Robert L. Schug
                                                    Matthew C. Hellend
                                                    Robert L. Schug
                                              Attorneys for Plaintiffs
                                              ELIZABETH SLIGER, CAROL DION and
                                              SCOTT AVILA, et al.

DATED: July 8, 2011                           SEYFARTH SHAW LLP

                                              By    /s/ Brandon R. McKelvey
                                                    Brandon R. McKelvey
                                              Attorneys for Defendants
                                              PROSPECT MORTGAGE, LLC

# ORDER

The hearing on Plaintiffs' Motion for Conditional Certification, currently scheduled for August 1, 2011 at 10:00 a.m. in Department 4 of this Court, will be scheduled for August 15, 2011 at 10:00 a.m. in Department 4 of this Court. Defendant Prospect Mortgage LLC's opposition to Plaintiffs' Motion for Conditional Certification shall be filed on or before July 25, 2011. Plaintiff's reply brief shall be filed on or before August 1, 2011. The parties shall not conduct any discovery prior to the hearing on Plaintiffs' Motion for Conditional Certification.

IT IS SO ORDERED.

Dated: July 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT