1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  Robert L. Schug, CA State Bar No. 249640
   RSchug@nka.com
3  NICHOLS KASTER, LLP
   One Embarcadero Center, Suite 720
4  San Francisco, CA  94111
   Telephone: (415) 277-7235
5  Facsimile: (415) 277-7238

6  Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| ELIZABETH SLIGER, CAROL DION and SCOTT AVILA, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PROSPECT MORTGAGE, LLC, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:11-CV-00465-LKK-EFB<br><br>**STIPULATION REGARDING FORM AND PROCEDURE FOR FLSA NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**[L.R. 143]**<br><br>Complaint Filed: October 18, 2010 |

1

STIPULATION REGARDING FORM AND PROCEDURE FOR JUDICIAL NOTICE

1    IT IS HEREBY STIPULATED, by and between ELIZABETH SLIGER, CAROL DION, and SCOTT AVILA ("Plaintiffs") and PROSPECT MORTGAGE LLC ("Defendant"), through their respective undersigned counsel, as follows:

4    WHEREAS, Plaintiffs filed their Motion for Conditional Certification on June 28, 2011;

5    WHEREAS, the Court granted the Motion, in part, on August 24, 2011, (ECF No. 71);

6    WHEREAS, the Court ordered the parties to submit a joint proposal for notice to the class, or separate statements as to why no such joint proposal could be reached, within 45 days of the date of the Order; and

9    WHEREAS, the parties subsequently conferred, pursuant to the Court's Order, regarding the form and procedure for providing notice to the class.

11   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, through their respective undersigned counsel, that:

13   The notice sent to the members of the class will be in the form attached as Exhibit A;

14   Within twenty-one days of the entry of this Stipulation, Defendant shall provide Plaintiffs with a list of the class conditionally certified by the Court: all persons who are, or were, employed by Defendant as a loan officer at any time from three years prior to the date of this Stipulation, and continuing to the present, and who were paid on a commission-only basis;

18   The above-referenced list will be provided in Excel, or similar electronic and importable format, and will include each class member's (1) name, (2) job title, (3) last known address, (4) dates of employment, and (5) location of employment;

21   The notice will be distributed by Plaintiffs' counsel via U.S. Mail only;

22   The notice period will extend 60 days from the date notice is mailed.

23   IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 7, 2011 | NICHOLS KASTER, LLP |
| 2 | | |
| 3 | | By  /s/ Robert L. Schug  <br>     Matthew C. Hellend <br>     Robert L. Schug |
| 4 | | Attorneys for Plaintiffs <br> ELIZABETH SLIGER, CAROL DION and |
| 5 | | SCOTT AVILA, et al. |
| 6 | DATED: October 7, 2011 | SEYFARTH SHAW LLP |
| 7 | | |
| 8 | | By  /s/ Brandon R. McKelvey <br>     Brandon R. McKelvey |
| 9 | | Attorneys for Defendants <br> PROSPECT MORTGAGE, LLC |

3

STIPULATION REGARDING FORM AND PROCEDURE FOR JUDICIAL NOTICE

**ORDER**

The Court granted Plaintiffs' Motion for Conditional Certification and Judicial Notice, in part, on August 24, 2011, (ECF No. 71), and ordered the parties to submit a joint proposal for notice to the class, or separate statements as to why no such joint proposal could be reached. The parties have conferred regarding the form and procedure for providing notice to the class, and have submitted a joint stipulation to the Court. The Court hereby adopts the parties Stipulation in full.

The notice sent to the members of the class will be in the form attached as Exhibit A to the parties' Stipulation;

Within twenty-one days of this Order, Defendant shall provide Plaintiffs with a list of all persons who are, or were, employed by Defendant as a loan officer at any time from three years prior to the date of this Order, and continuing to the present, and who were paid on a commission-only basis.

The above-referenced list will be provided in Excel, or similar importable format, and will include each class member's (1) name, (2) job title, (3) last known address, (4) dates of employment, and (5) location of employment.

The notice will be distributed by Plaintiffs' counsel via U.S. Mail only.

The notice period will extend 60 days from the date notice is mailed.

IT IS SO ORDERED.

Dated: October 13, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT