1  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
2  Robert L. Schug, CA State Bar No. 249640
   RSchug@nka.com
3  NICHOLS KASTER, LLP
   One Embarcadero Center, Suite 720
4  San Francisco, CA  94111
   Telephone: (415) 277-7235
5  Facsimile: (415) 277-7238

6  Attorneys for Plaintiffs and the Proposed Classes

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Elizabeth Sliger, Carol Dion and Scott Avila, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>Prospect Mortgage, LLC,<br><br>                              Defendant. | **Case No. 2:11-cv-00465-LKK-EFB**<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF ELIZABETH SLIGER<br><br>Complaint Filed: October 18, 2010 |

STIPULATION OF DISMISSAL OF PLAINTIFF ELIZABETH SLIGER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties in this matter that Plaintiff Elizabeth Sliger be dismissed without prejudice.  This Stipulation does not affect any other Plaintiff.

Dated: November 1, 2011                               NICHOLS KASTER, LLP

By:     s/ Robert. L. Schug
        Robert L. Schug

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
Robert L. Schug, CA State Bar No. 249640
RSchug@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Attorneys for Plaintiffs and the Proposed Classes

Dated: November 1, 2011                               SEYFARTH SHAW LLP

By:     s/ Brandon R. McKelvey
        Brandon R. McKelvey

SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
E-mail: apaley@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Alfred L. Sanderson, Jr. (SBN 186071)
E-mail: asanderson@seyfarth.com
Brandon R. McKelvey (SBN 217002)
E-mail: bmckelvey@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant

**ORDER**

Having read and considered the Parties' Stipulation of Dismissal, Plaintiff Elizabeth Sliger is dismissed without prejudice. This Order does not affect any other Plaintiff.

IT IS SO ORDERED.

Dated: November 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT